# ELECTRONIC RECORD

517-15

COA # 01-14-00277-CR          OFFENSE: 29.03 (Aggravated Robbery)

STYLE: Shane Allen Mikel v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 232nd District Court

DATE: 04/07/2015          Publish: NO          TC CASE #: 1372459

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Shane Allen Mikel v. The State of Texas          CCA #: 517-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 08/26/2015          SIGNED: _____          PC: _____

JUDGE: [signature]          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD